IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Allen Ward, :
:
    Petitioner(s), :
: Case Number: 1:09cv265
vs. :
: Chief Judge Susan J. Dlott
Warden, Lebanon Correctional Facility, :
:
    Respondent(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 1, 2010 a Report and Recommendation (Doc. 19) and a Supplemental Report and Recommendation on July 15, 2010 (Doc. 22). Subsequently, the petitioner filed objections to the Report and Recommendation filed on June 21, 2010 (Doc. 21) and filed objections to the Supplemental Report and Recommendation that was filed on July 15, 2010 (Doc. 24).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Recommendations should be adopted.

Accordingly, the petition is **DISMISSED** with prejudice.  Since reasonable jurists will not disagree with this conclusion, petitioner will be denied leave to appeal *in forma pauperis* and any requested certificate of appealability.

IT IS SO ORDERED.

    s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court